**No. 09-10447. Frank Milford Peck, Petitioner v. Dwight Nevin, Warden, et al.**

560 U.S. 971, 130 S. Ct. 3425, 177 L. Ed. 2d 336, 2010 U.S. LEXIS 4852.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10516. Edward Ronwin, Petitioner v. Ameren, Missouri Corporation, et al.**

560 U.S. 971, 130 S. Ct. 3425, 177 L. Ed. 2d 336, 2010 U.S. LEXIS 4954.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 364 Fed. Appx. 289.

**No. 09-10525. Carlos Omar Garcia, Petitioner v. L. E. Scribner, Warden.**

560 U.S. 971, 130 S. Ct. 3426, 177 L. Ed. 2d 336, 2010 U.S. LEXIS 4855.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10526. James William Gaston, Petitioner v. United States.**

560 U.S. 971, 130 S. Ct. 3426, 177 L. Ed. 2d 336, 2010 U.S. LEXIS 4827.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 09-10532. Faustino Carrillo, Petitioner v. United States.**

560 U.S. 972, 130 S. Ct. 3426, 177 L. Ed. 2d 336, 2010 U.S. LEXIS 4807.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 369 Fed. Appx. 852.

**No. 09-10536. Patrick L. McCann, Petitioner v. Jan Trombley, Warden.**

560 U.S. 972, 130 S. Ct. 3426, 177 L. Ed. 2d 336, 2010 U.S. LEXIS 4900.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10539. Steven Jackson, Petitioner v. United States.**

560 U.S. 972, 130 S. Ct. 3426, 177 L. Ed. 2d 336, 2010 U.S. LEXIS 4796.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 363 Fed. Appx. 208.

**No. 09-10540. Ronald Johnson, Petitioner v. United States.**

560 U.S. 972, 130 S. Ct. 3427, 177 L. Ed. 2d 336, 2010 U.S. LEXIS 4795.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 357 Fed. Appx. 29.